UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

DAN FRANKLIN, et al., )
)
Plaintiffs, )
)
v. ) CAUSE NO.: 3:13-CV-207-TLS
)
ERIC MENTZ, et al., )
)
Defendants. )

## VERDICT FORM 1

We, the jury, find with respect to the claims of Plaintiffs as follows: (Place an "x" on the appropriate line for each party).

**Unlawful Entry Under the Fourth Amendment**

|  | For Dan Franklin | For Defendant |
|---|---|---|
| As to: | | |
| Defendant Mentz | X | |
| Defendant Stuk | X | |
| Defendant Knepper | X | |

If you find in favor of the Plaintiff and against any or all of the Defendants, please determine the amounts to award the Plaintiff below.

Plaintiff is awarded compensatory damages for unlawful entry under the Fourth Amendment in the following amount: $ $1.00 .

Plaintiff is awarded punitive damages for unlawful entry under the Fourth Amendment in the following amount: $ _____ .

|                    | For Vivian Franklin | For Defendant |
|--------------------|:-------------------:|:-------------:|
| As to:             |                     |               |
| Defendant Mentz    |          X          |               |
| Defendant Stuk     |          X          |               |
| Defendant Knepper  |          X          |               |

If you find in favor of the Plaintiff and against any or all of the Defendants, please determine the amounts to award the Plaintiff below.

Plaintiff is awarded compensatory damages for unlawful entry under the Fourth Amendment in the following amount: $ $1.00 .

Plaintiff is awarded punitive damages for unlawful entry under the Fourth Amendment in the following amount: $ —— .


|                    | For DeShawn Franklin | For Defendant |
|--------------------|:--------------------:|:-------------:|
| As to:             |                      |               |
| Defendant Mentz    |          X           |               |
| Defendant Stuk     |          X           |               |
| Defendant Knepper  |          X           |               |

If you find in favor of the Plaintiff and against any or all of the Defendants, please determine the amounts to award the Plaintiff below.

Plaintiff is awarded compensatory damages for unlawful entry under the Fourth Amendment in the following amount: $ $1.00 .

Plaintiff is awarded punitive damages for unlawful entry under the Fourth Amendment in the following amount: $ —— .

_____
**Foreperso**[redacted]

    7-29-16
_____
**Date**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DAN FRANKLIN, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CAUSE NO.: 3:13-CV-207-TLS |
| ERIC MENTZ, et al., | ) ) ) | |
| Defendants. | ) | |

**VERDICT FORM 2**

We, the jury, find with respect to the claims of Plaintiffs as follows: (Place an "x" on the appropriate line for each party).

**Unlawful Seizure Under the Fourth Amendment**

| | For Dan Franklin | For Defendant |
|---|---|---|
| As to: | | |
| Defendant Mentz | X | |
| Defendant Stuk | X | |
| Defendant Knepper | X | |

If you find in favor of the Plaintiff and against any or all of the Defendants, please determine the amounts to award the Plaintiff below.

Plaintiff is awarded compensatory damages for unlawful seizure under the Fourth Amendment in the following amount: $ 1.00 .

Plaintiff is awarded punitive damages for unlawful seizure under the Fourth Amendment in the following amount: $ _____ .

|                   | For Vivian Franklin | For Defendant |
|-------------------|:-------------------:|:-------------:|
| As to:            |                     |               |
| Defendant Mentz   |          X          |               |
| Defendant Stuk    |          X          |               |
| Defendant Knepper |          X          |               |

If you find in favor of the Plaintiff and against any or all of the Defendants, please determine the amounts to award the Plaintiff below.

Plaintiff is awarded compensatory damages for unlawful seizure under the Fourth Amendment in the following amount: $ __$1.00__ .

Plaintiff is awarded punitive damages for unlawful seizure under the Fourth Amendment in the following amount: $ _____ .


|                   | For DeShawn Franklin | For Defendant |
|-------------------|:--------------------:|:-------------:|
| As to:            |                      |               |
| Defendant Mentz   |          X           |               |
| Defendant Stuk    |          X           |               |
| Defendant Knepper |          X           |               |

If you find in favor of the Plaintiff and against any or all of the Defendants, please determine the amounts to award the Plaintiff below.

Plaintiff is awarded compensatory damages for unlawful seizure under the Fourth Amendment in the following amount: $ __$1.00__ .

Plaintiff is awarded punitive damages for unlawful seizure under the Fourth Amendment in the following amount: $ _____ .

_____
**Foreper**[REDACTED]

       7-29-16
_____
**Date**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DAN FRANKLIN, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CAUSE NO.: 3:13-CV-207-TLS |
| ERIC MENTZ, et al., | ) ) ) | |
| Defendants. | ) | |

## VERDICT FORM 3

We, the jury, find with respect to the claims of Plaintiffs as follows: (Place an "x" on the appropriate line for each party).

**False Arrest or False Imprisonment**

| | For Dan Franklin | For Defendant |
|---|---|---|
| As to: | | |
| Defendant Mentz | _____ | __X__ |
| Defendant Stuk | _____ | __X__ |
| Defendant Knepper | _____ | __X__ |

If you find in favor of the Plaintiff and against any or all of the Defendants, please determine the amounts to award the Plaintiff below.

Plaintiff is awarded compensatory damages for false arrest or false imprisonment under Indiana common law in the following amount: $_____.

|  | For Vivian Franklin | For Defendant |
|---|---|---|
| As to: | | |
| Defendant Mentz | _____ | ___X___ |
| Defendant Stuk | _____ | ___X___ |
| Defendant Knepper | _____ | ___X___ |

If you find in favor of the Plaintiff and against any or all of the Defendants, please determine the amounts to award the Plaintiff below.

Plaintiff is awarded compensatory damages for false arrest or false imprisonment under Indiana common law in the following amount: $_____.

|  | For DeShawn Franklin | For Defendant |
|---|---|---|
| As to: | | |
| Defendant Mentz | _____ | ___X___ |
| Defendant Stuk | _____ | ___X___ |
| Defendant Knepper | _____ | ___X___ |

If you find in favor of the Plaintiff and against any or all of the Defendants, please determine the amounts to award the Plaintiff below.

Plaintiff is awarded compensatory damages for false arrest or false imprisonment under Indiana common law in the following amount: $_____.

_____██████████████████_____
**Forepe**[redacted]

_____7-29-16_____
**Date**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DAN FRANKLIN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 3:13-CV-207-TLS |
| | ) | |
| ERIC MENTZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM 4

We, the jury, find with respect to the claims of Plaintiff as follows: (Place an "x" on the appropriate line for each party).

**Battery**

| | For DeShawn Franklin | For Defendant |
|---|---|---|
| As to: | | |
| Defendant Mentz | _____ | ___X___ |
| Defendant Stuk | _____ | ___X___ |
| Defendant Knepper | _____ | ___X___ |

If you find in favor of the Plaintiff and against any or all of the Defendants, please determine the amounts to award the Plaintiff below.

Plaintiff is awarded compensatory damages for battery under Indiana common law in the following amount: $_____.

███████████████
Foreperson

7-29-16
Date